```
                    UNITED STATES DISTRICT COURT

                   CENTRAL DISTRICT OF CALIFORNIA

                          SOUTHERN DIVISION
```

**LAURINCE O'SHEIGH SIMPSON,**     )
                                   )
           Petitioner,   )  Case No. SACV 13-1938 PA (AJW)
                                   )
     v.                           )
                                   )  ORDER ACCEPTING REPORT AND
**MARION E. SPEARMAN, WARDEN,**    )  RECOMMENDATION OF
                                   )  MAGISTRATE JUDGE
           Respondent.   )
_____)

The Court has reviewed the entire record in this action, the Report and Recommendation of Magistrate Judge ("Report"), and petitioner's objections. The Court accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a <u>de</u> <u>novo</u> determination of the portions to which objections were directed.

DATED: June 21, 2014

_____
Percy Anderson
United States District Judge