UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| LAURINCE O'SHEIGH SIMPSON, | ) Case No. SACV 13-1938-PA (AJW) |
| Petitioner, | ) JUDGMENT |
| v. | ) |
| MARION E. SPEARMAN, Warden, | ) |
| Respondent. | ) |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: June 21, 2014

_____
Percy Anderson
United States District Judge